**SO ORDERED.**

**DONE and SIGNED February 8, 2024.**



_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 23-10997 |
| BRANDON M. KEENE | § | |
|     *Debtor* | § | Chapter 13 |
| | § | Judge John S. Hodge |
| | § | |
| LOUISIANA WORKFORCE COMMISSION | § | |
|     *Plaintiff* | § | |
| | § | |
| VS. | § | Adv. No. 23-1014 |
| | § | |
| BRANDON M. KEENE | § | |
|     *Defendant* | § | |

### JUDGMENT

Considering the Plaintiff's Motion for Default Judgment, and the fact that the response deadlines passed without Defendant, Brandon M. Keene, making an appearance in the adversary proceeding;

**IT IS HEREBY ORDERED** that the Motion for Default Judgment be granted.

**IT IS FURTHER ORDERED** that the $34,752.00 debt Defendant, Brandon M. Keene, owes the Louisiana Workforce Commission be exempt from discharge in Lead Bankruptcy Case No. WDLA-23-10997, pursuant to Rule 55 of the Federal Rules of Civil Procedure and 11 U.S.C. § 523 (a)(2)(A).

###

This order was prepared and is being submitted by:

Louisiana Workforce Commission
By: /s/Stacey Wright-Johnson
Attorney for the Louisiana Workforce Commission
Bar Roll No. 27331
1001 North 23rd Street, First Floor
Baton Rouge, LA 70802
Telephone: (225) 831-2592